Mă numesc DRĂGAN ANA, am 62 ani și
sunt soacra lui Manta Laurențiu
Mugur, pe care îl cunosc de 8 ani, de cînd
a cunoscut-o pe fiica mea Claudia cu care
ulterior s-a și căsătorit. Mi-a făcut o impresie
bună de la început, din primul moment din
care l-am cunoscut.
Este o persoană care își iubește foarte mult
familia, în special copilul pe care și-la
dorit foarte mult. Este un om bun, silitor
mereu m-a respectat și m-a ajutat în situații
dificile, este o persoană în care poți avea încredere
și pe care te poți baza din orice punct de
vedere. Este o persoană sociabilă cu mulți
prieteni. Pentru mine consider CĂ ESTE GINERELE
ideal și cel mai bun tată din lume pentru
fetița lui pe care o adoră.
Îmi pare extrem de rău pentru ceea ce
s-a întîmplat cu el, dar cred că timpul
petrecut acolo în arest l-a făcut să își dea
seama că a greșit, și cum nimeni nu este
perfect și oricine greșește, cred că a
învățat din această greșeală. Îmi doresc f mult
să vină acasă, să poată avea în continuare grija
de familie și de fiica sa, care are nevoie de
un tată căruia îi simte lipsa foarte tare,
Ținînd cont CĂ AU trecut aproape doi ani
de cînd nu l-a mai văzut ea fiind singură
doar cu mama, descurcîndu-se foarte greu
fără tatăl lîngă ele. Vă mulțumesc! [signature]

My name is Dragan Ana, I am 62 years old and I am Manta Laurentiu Mugur 'mother im low I've known him for 8 years since he married my daughter Claudia

He made me a good imression from the first moment that I saw him, he is a person who loves his family very much especially his child isa good person. Helpful always to stand by me and halped me in difficult situations isa person you cam trust ams you cam rely on, any view asociable person with many friends.

I tingk it is ideal bziaegr.com and the best father in the world for his doughter wich he loves very much I'm feel very bad for waht happened to him but I think that the time spent here in costody made him realize he was wrong but nobody is perfect im this world and we all the people made mistakes sometimes and I think everyone has learned from tis mistake.

I watit very much him to come home to care e for his family and for my niece who needs a father wich she miss greatly ther life it has been almost 2 years since she never saw her father she is alone with her mother is very hard to them themsslves withoot a father

TAANK YOU!

Numele meu este HANȚA ELENA, sunt mama lui MUGUR HANȚA, am 70 de ani, și sunt pensionară. Am suferit de curând un atac de cord în urma unei boli de inimă de care sufăr de mai mulți ani sunt într-un tratament medical pe care trebuie să-l urmez până la sfârșitul vieții.

Ca oricare mamă din această lume, am încercat să îmi educ copilul cât am putut eu de bine, să-l învăț ce este bine și ce este rău, bineînțeles că oricât ni-am dat silința se pare că mi-au scăpat și anumite lucruri, drept dovadă unde se află acum. După cât de bine îl cunosc, sunt convinsă că a făcut o greșeală pe care o regretă cu siguranță, și care o să-l marcheze toată viața lui de acum înainte.

Probabil și dumneavoastră sunteți mamă și să mă înțelegeți sentimentele și știți ce înseamnă asta să nu poți să-ți vezi copilul 2 ani pentru fapta care a făcut-o cred că a fost pedepsit și indiferent de situație, îl susțin, îl iubesc și sunt alături de el cu calitatea și defectele lui ca copilul meu vă rog din suflet să fiți îngăduitoare și să mi-l trimiteți acasă să mai pot să-l mai văd încă odată.

letter

My name is Elena are MANTA MANTA MUGUR his mother. I am 70 years old and retired. I recently suffered a heart attack following a heart disease that I suffer for many years. are between a
medical treatment that i need to follow till to the end of my life. Like every mother in this world, I tried to educate my child, how could I well, to teach him what is right and what is wrong. course however
I gave my effort seems to have escaped me and things as evidence where it is now. by how well I know, I am convinced that he made a mistake that he surely regret, and that
'will mark it all his life from now on. you Are probably mother so i know you understand my feelings and you know what that means if you can not see your child almost 2 years
for the act that he made ?? I think he was punished and no matter what, you say, I love him and are with him the strengths and weaknesses of my child
 I would like the soul to be indulgent and you can send him home that i can see him again one more time .

TEXT

My name is VALERIU MANTA MANTA I am 71 years old and retired. i worked for 40 years as a cop in ROMANIA .
 in all these years of police work  i have arrested kinds of people, murderers, criminals., and
Ironically now , my child is going through a similar situation ,arrested in jail .
My son had to follow the police academy, but after  the revolution in Romania 1989 gave us the plans upside down.
 he never had problems with the law . I know my son very well and I know it was wrong what he did , but I believe that punishment to stay away from his family, his wife and his daughter, to be private
to see them, to know whether it is good or bad, is more than the act itself. but it can not decide only your choice  and hope that the goodwill that you are convinced that
 you make a good decision about him.me  and my wife  we are old people  and we need his help, we want to have him near us to relieve suffering and to be with us little time
we have to live it. thank you !

My name is Daniel Isacescu, I am a bussiness-man from Romania. I know Mr. Manta since 2007. We met at a REMAX training. We both had broker-owner offices in different cities in Romania. Then we began to know each other better and I bought his REMAX office from his city. Our bussiness relationship was correct. So, I had the opportunity to meet Mr. Manta and I realised that he is a generous and honest man, and a good father too.

Mr. Manta sold me his REMAX office because he wanted to develope another estate project in his city (to build a residential building). Because we didn't have any problems in this trade I trust Mr Manta and I know he is a good person and a correct bussinessman.

Mă numesc Dragan Alexandra Cristiana am 25 de ani și sînt cumnata lui Manta Laurențiu Mugur. Îl cunosc de 8 ani de când este căsătorit cu sora mea Claudia, pe vremea aceea mergeam încă la școala eram minoră. Iar de atunci am avut foarte multe de învățat de la el. Mi-a fost un sprijin atât moral cât și financiar pe tot parcursul școlii și mai departe în viața mea de până acuma. Mereu mi-a fost alături de câte ori am avut nevoie de un sfat, ca orice adolescent la varsta de 18 ani. Vedeam viața plină de distracții cu anturaje nu tocmai potrivite pentru mine, dar cu ajutorul, sprijinul și sfaturile sale chiar am reușit să urmez o facultate unde în prezent sînt studentă și cu această ocazie chiar vreau să-i mulțumesc pentru tot ceea ce a făcut pentru mine.

Și pentru viitorul meu în calitate de cumnată mi-aș dori să pot și eu la rândul meu să-l ajut chiar și cu o simplă scrisoare, pentru că sînt convinsă că este o persoană care merită recunoștința și respectul meu

Vă mulțumesc!

My name is Dragan Alexandra Cristiana am 25 years old and his sister are Mugur Laurențiu Manta i know him over 8 years old, since he married my sister Claudia, by that time i went to school i was still a minor. But since then i have had a lot to learn from him. I had all the time moral and financial support from him throughout the school and an in my life so far. He always stood by every time.

I needed a advice, like every teenager at age 18 i saw the life full of fun with not quite right entourages, but because of this help, support and advice i was able to follow even a college, where i am student now. With this occasion i really whant to thank mugur for all the good as a sister. I wish i cold help him with something even if is a simple letter, as i am sure it is a person who deserves gratitude and respect

Thank you very much!

Subsemnatul, Alexandru PORFIR, în calitatea mea de prieten de peste 20 de ani cu numitul Mugur Manta, îl descriu pe acesta ca fiind un om de o calitate excepțională, un loial prieten, un om care se implică activ în viața familială, un bun comunicator în viața socială și în mediul de afaceri, cu o dorință continuă și fără echivoc pentru învățătură și cunoaștere, obedient, devotat fetiței lui și nu în ultimul rând, familiei.

Îl recomand cu încredere oriunde este nevoie.

Undersigned, Alexandru Porfir, in my capacity as a friend for over 20 years called Mugur Laurentyu Manta, I describe him as a man of exceptional quality, a loyal friend, a man who is actively involved in family life, a good communicator in social life and in business environment with continuous and unequivocal desire for learning and knowledge, obedient, devoted to his daughter and, not least the family.

We strongly recommend with confidence whenever needed.

Alexandru Porfir
24.10.2012.

msdkzw@aol.com