UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| Plaintiff | ] | |
| | ] | Case No. 10-CR-01223-(4) |
| vs. | ] | |
| | ] | Honorable Judge McMahon |
| MANTA LAURENTIU | ] | |

## SENTENCING ALLOCUTION LETTER

YOUR HONOR,

I am extremely appreciative for this opportunity to address you before you decide the sentence to be imposed in my case. Untill this point you have only heard from individuals who really don't know who I am as a person, my past or future aspirations or struggles.

I am a real person, who lives a real life, with a real family and a real dilemma before me. I will not claim to be an angel, nor will I give a synopsis of a perfect structure of a man that obviously I am not. I am here apparently because I have not made wise choices in my life when offered the opportunity to continue or stop.

Therefore, I am faced with the biggest fear of my life, which is the separation from my family, especially my 4-year old daughter. I am a firm believer in that all things happen for a reason and according to a plan that is higher than ourselves or our understanding.

Sure, the choices we make can be fruitful or disastrous, which mine has been the latter. The irreparable damage that has been done to the victims of this case, and to my family and loved ones, will affect them for years to come. Their feelings, trust, and hopes were hurt and betrayed by a single choice I've made.

I am truly sorry from the bottom of my heart. I never took the time to contemplate my actions. For the past 18 months or so, I have had much time to regroup my thoughts, and think of others before myself. I've never been a selfish individual but in fact the total opposite. But when you are put in a position to reflect on the structure of your life, you genuinely come to terms with where you are in life, and where you want to be. Where I am cannot be clearer than it is behind this cold walls, but where I want to be is the key to my dillema. I don't want to be secluded from my family, I don't want to be locked away in a place where I am a burden on the society, and where the only "rehabilitation" that can be achieved is to be further trainned and "criminalized" in order to become a "better criminal". That's not who I am or waht I stand for.

I am accepting the responsibility for my actions, which I can shamefully admitt that was all due in part of the lure of fast and easy money.

Your Honor, you are the decider of how long I will be away from my wife and only child, and I humbly plead to you to open up your heart and consider the sincerity of my request to give me the opportunity to help raise my daughter during her critical years of growth. I am not a bad person nor a lost cause, and the time I've already spent in different prisons and holding facilities, made me realize that this "career" is not for me, and that my place is next to my family and in church. I have learned my lesson dearly, and I can say with full confidence that I am rehabilitated.

I am grateful for this opportunity, and your time and consideration of my sincere thoughts is greatly appreciated. May the Almighty God Bless and keep you in His Grace.

                                              Sincerely,

                                          MANTA LAURENTIU