PREET BHARARA
United States Attorney for the
Southern District of New York
By: LEE RENZIN
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007
Tel.: (914) 993-1959

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                 :
UNITED STATES OF AMERICA,       :
                                 :   DECLARATION OF PUBLICATION
    -v-
                                 :   S1 10 Cr. 1223 (CM)
LAURENTIU MUGUREL MANTA,
a/k/a "Mugur",                     :

             Defendant.     :
-------------------------------x

        I, LEE RENZIN, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

        That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

        That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 23, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
       October 15, 2013

_____/s/_____
LEE RENZIN