```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :    FINAL ORDER OF
           -v.-                     :    FORFEITURE
                                    :    S1 10 Cr. 1223 (CM)
                                    :
LAURENTIU MUGUREL MANTA,            :
a/k/a "Mugur",                      :
                                    :
           Defendant.               :
                                    :
- - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/13

WHEREAS, on or about June 6, 2011, LAURENTIU MUGUREL MANTA, a/k/a "Mugur", (the "Defendant"), was charged, in a four-count Superseding Indictment, S1 10 Cr. 1223 (CM) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Sections 1344 and 1349 (Count One); conspiracy to commit access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(a)(3), 1029(a)(5) and 1029(b)(2) (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b) and 2 (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Three and Four, seeking forfeiture to the United States, pursuant to Title18, United States Code, Section 982(a)(2), of any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violations, including but not limited to at least approximately $1,500,000 in United States currency, in that such sum in aggregate is property

representing the amount of proceeds obtained as a result of the offenses;

WHEREAS, on or about September 21, 2012, the Defendant pled guilty to Counts One and Three of the Indictment and admitted the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the Defendant agreed to forfeit a sum of money equal to $1,395,341.77 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One and Three;

WHEREAS, on or about January 9, 2013, the Defendant was sentenced and ordered to forfeit $1,395,341.77 in United States currency, representing the amount of proceeds obtained by the Defendant as a result of the offenses charged in Counts One and Three of the Indictment;

WHEREAS, on or about January 11, 2013, this Court entered a Consent Order of Forfeiture imposing a forfeiture money judgment against the defendant in the amount of $1,395,341.77 in United States Currency (the "Money Judgment");

WHEREAS, on or about February 19, 2013, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (a copy of which is attached hereto as Exhibit A), which ordered the forfeiture to the United States of all of his right, title and interest in $3,675.00 in United States currency (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture as to Substitute Assets directed the United States to publish, for at least thirty consecutive days, notice of the Order, notice of the United States' intent to dispose the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Section 853(n)(2) and (3);

WHEREAS, pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Fed. R. Crim. P., and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions the Government published notice of the Preliminary Order of Forfeiture as to Substitute Assets and the intent of the United States to dispose of the Specific Property on www.forfeiture.gov, the official U.S. government internet site, beginning on February 23, 2013, and continuing for thirty consecutive days thereafter. Proof of publication (a copy of which is attached hereto as <u>Exhibit B</u>) was filed with the Court on October 15, 2013;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeiture property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final

publication of notice of the forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

WHEREAS, no person has filed a petition or claim asserting any interests in the Specific Property and the time to do so has expired;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Department of Treasury shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk is hereby directed to send four certified copies of this Order to AUSA Lee Renzin, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

10/16/2013
DATE